ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address):*
**The Law Office of Hakimi & Shahriari Frederick Chernoff (SBN 342412)**
**15760 Ventura Boulevard suite 650**
**Encino, CA 91436**
TELEPHONE NO.: **888-635-2250** FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: **Melanie Davis, an individual**

*FOR COURT USE ONLY*

**United States District Court, Central District of California**
STREET ADDRESS: **255 East Temple St.**
MAILING ADDRESS: **255 East Temple St.**
CITY AND ZIP CODE: **Los Angeles 90012**
BRANCH NAME: **Edward R. Roybal Federal Building**

PLAINTIFF/PETITIONER: **Melanie Davis, an individual**

DEFENDANT/RESPONDENT: **Shining Land LLC, a California limited liability company; Jamba Juice, a business of unknown form; and Does 1-10**

CASE NUMBER: **2:26-cv-08738-SK**

# PROOF OF SERVICE OF SUMMONS

Ref. No. or File No.: **2:26-cv-08738-SK**

BY FAX

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents):*
**SUMMONS; COMPLAINT; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE AND DECLINATION OF CONSENT; STANDING ORDER ON CIVIL DISCOVERY; CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

3. a. Party served *(specify name of party as shown on documents served):*
**Jamba Juice, a business of unknown form**

b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a ):*
**Bryce Smith Shift Lead, person authorized to accept for Jamba Juice, a business of unknown form.**

4. Address where the party was served:
**4085 Atlantic Ave, Long Beach, CA 90807**

5. I served the party *(check proper box)*

a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **09/22/2026** at *(time):* **5:15 PM**
**Bryce Smith Shift Lead**
**I delivered the documents to Bryce Smith Shift Lead who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black male contact 18-25 years of age, 5'6"-5'8" tall and weighing 120-140 lbs.**

b. [ ] **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

(1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

(2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

(3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

| PLAINTIFF/PETITIONER: Melanie Davis, an individual | CASE NUMBER: 2:26-cv-08738-SK |
| --- | --- |
| DEFENDANT/RESPONDENT: Shining Land LLC, a California limited liability company; Jamba Juice, a business of unknown form... | |

(4) ☐ I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.

(5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☒ On behalf of *(specify)* **Jamba Juice, a business of unknown form**
under the following Code of Civil Procedure section:

☒ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☐ other:

7. **Person who served papers**

a. Name: **Marcelina Castelan**
b. Address: **7030 Olive Ave, Long Beach, CA 90805**
c. Telephone number:
d. The fee for service was: **$ 120.00**
e. I am:

(1) ☐ not a registered California process server.

(2) ☐ exempt from registration under Business and Professions Code section 22350(b).

(3) ☒ registered California process server:
(i) ☐ owner ☐ employee ☒ independent contractor. For: **ABC Legal Services, LLC**

(ii) ☒ Registration No.: **2025162477** Registration #: **6779**

**BY FAX**

(iii) [X] County: **California, County of Los Angeles** County: **Los Angeles**

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 09/22/2026

**Marcelina Castelan**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)